UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **CV 10-04809 DMG (MANx)** | Date January 3, 2011 |
| Title *Delmi Erazo v. Federal Home Loan Mortgage Corporation, et al.* | Page 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY DEFENDANT SHEARSON SHOULD NOT BE DISMISSED FOR LACK OF SERVICE**

Plaintiff has not filed proof of service for Defendant Casa Blanca Mortgage, Inc. d/b/a Shearson Mortgage ("Shearson"). Defendant Shearson was first named in the original complaint, filed April 5, 2010. Plaintiff thus had until August 3, 2010, *i.e.*, 120 days, to file proof of service on this defendant. *See* Fed. R. Civ. P. 4(m). She has not yet done so. Therefore, Plaintiff is **ORDERED TO SHOW CAUSE** why Defendant Shearson should not be dismissed due to Plaintiff's failure to serve under Rule 4(m). If Plaintiff does not file her written response by **January 18, 2011** demonstrating good cause for the failure to effectuate timely service of process, Defendant Shearson shall be dismissed without prejudice.

**IT IS SO ORDERED.**